IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LASHONDA BAILEY<br><br>*Plaintiff,*<br><br>v.<br><br>FAMILY DOLLAR STORES OF TEXAS, LLC,<br><br>*Defendant.* | § § § § § § § § § § | CIVIL ACTION NO. 4:23-cv-00239<br>JURY TRIAL DEMANDED |

# DEFENDANT FAMILY DOLLAR STORES OF TEXAS, LLC'S
# NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, FAMILY DOLLAR STORES OF TEXAS, LLC, hereby removes to this Court, the state court action described in Paragraph 1 below. Pursuant to 28 U.S.C. § 1446(a), FAMILY DOLLAR STORES OF TEXAS, LLC sets forth the following "short and plain statement of the grounds for removal."

## I.
## THE REMOVED CASE

1.  The removed case is a civil action filed with the County Court at Law No. 1 of Tarrant County, Texas on January 27, 2023, styled *Lashonda Bailey. v. Family Dollar Stores of Texas, LLC*, under Cause No. 2023-000760-1 (the "State Court Action").

## II.
## DOCUMENTS FROM REMOVED ACTION

2. Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 81 and 28 U.S.C. § 1446(a), Defendant attaches the following documents to this Notice of Removal:

   (a) A list of all parties in the case, their party type and current status;

   (b) a civil cover sheet and certified copy of the state court docket sheet; a copy of all pleadings that assert causes of action (e.g., complaints, amended complaints, supplemental complaints, petitions, counter- claims, cross-actions, third party actions, interventions, etc.); all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court, as required by 28 U.S.C. § 1446(a);

   (c) a complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number and party or parties represented by him/her;

   (d) A record of which parties have requested trial by jury; and

   (e) The name and address of the court from which the case is being removed.

## III.
## REMOVAL PROCEDURE

3. Except as otherwise expressly provided by Act of Congress, any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed to the United States District Courts for the district and division embracing the place where the action is pending. 28 U.S.C. § 1441. The Fort Worth Division of the Northern District Court of Texas is the United

States district and division embracing Tarrant County, Texas, and the county in which the State Court Action is pending.

4. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings and orders in the State Court Action as of the date of this pleading are attached hereto as *Exhibit "B"* and incorporated herein for all purposes.

5. Defendant will promptly give all parties written notice of the filing of this Notice of Removal and will promptly file a copy of this Notice of Removal with the Clerk of the County Court at Law No. 1, Tarrant County, Texas, where the action is currently pending.

## IV.
## REMOVAL IS TIMELY

6. According to the State Court Action file, Defendant FAMILY DOLLAR STORES OF TEXAS, LLC was served with a copy of Plaintiff's Original Petition ("Petition") on February 6, 2023 by serving CSC Corporation, its registered agent for service of process.

7. Since the thirtieth day after service of the Petition on FAMILY DOLLAR STORES OF TEXAS, LLC falls on March 8, 2023, this Notice of Removal is being filed within the time limits specified in 28 U.S.C. § 1446(b).

## V.
## VENUE IS PROPER

8. The United States District Court for the Northern District of Texas – Fort Worth Division, is the proper venue for removal of the State Court Action pursuant to 28 U.S.C. § 1441(a) because the County Court at Law No. 1, Tarrant

County, Texas, is located within the jurisdiction of the United States District Court for the Northern District of Texas – Fort Worth Division.

## VI.
## DIVERSITY OF CITZENSHIP EXISTS

9. This is a civil action that falls under the Court's original jurisdiction pursuant to 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship in accordance with 28 U.S.C. §§ 1441 and 1446.

10. In the Petition, Plaintiff asserts that she is a resident of Ouachita Parish, City of Monroe, state of Louisiana and is domiciled there. As such, Plaintiff is a citizen of the state of Louisiana.

11. FAMILY DOLLAR STORES OF TEXAS, LLC is a foreign Limited Liability Company organized and existing under the laws of the Commonwealth of Virginia. FAMILY DOLLAR STORES OF TEXAS, LLC is a citizen of the Commonwealth of Virginia and its principal place of business is located at 500 Volvo Parkway in the City of Chesapeake, Commonwealth of Virginia. As a Limited Liability Company, Family Dollar is comprised of individual members and one managing member entity – Family Dollar Stores of Ohio, Inc., which has a 100% interest in FAMILY DOLLAR STORES OF TEXAS, LLC. The business address for the managing member entity of Family Dollar Stores of Texas, LLC is 500 Volvo Parkway, City of Chesapeake, in the Commonwealth of Virginia. The titles and addresses of each of the individual members of Family Dollar Stores of Texas, LLC are as follows:

> Beth Berman, Vice President/Deputy General Counsel / Assistant Secretary, 500 Volvo Parkway, Chesapeake, VA 23320
> Sandra L. Boscia, Assistant Secretary, 500 Volvo Parkway, Chesapeake, VA 23320
> Linde Carley, Assistant Secretary, 500 Volvo Parkway, Chesapeake, VA 23320

    Jonathan Elder, Vice President – Tax, 500 Volvo Parkway, Chesapeake, VA 23320
    Bradley Hunter, Vice President – Finance, 500 Volvo Parkway, Chesapeake, VA 23320
    Michael Matacunas, Chief Administrative Officer, 500 Volvo Parkway, Chesapeake, VA 23320
    Deborah Miller, Vice President, 500 Volvo Parkway, Chesapeake, VA 23320
    William A. Old, Jr., Sr. VP / General Counsel / Secretary, 500 Volvo Parkway, Chesapeake, VA 23320
    Gary Philbin, President / Chief Operating Officer, 500 Volvo Parkway, Chesapeake, VA 23320
    Robert L. Rogers, Senior Vice President / Real Estate, 500 Volvo Parkway, Chesapeake, VA 23320
    Thomas E. Schoenheit, VP, Ass't General Counsel, Ass't Secretary, 10401 Monroe Road, Matthews, NC 28105
    Shawnta Totten-Medley, Vice President / Assistant Secretary, 500 Volvo Parkway, Chesapeake, VA 23320
    Kevin Wampler, Exec Vice Pres and Chief Financial Officer, 500 Volvo Parkway, Chesapeake, VA 23320

12. Additionally, Family Dollar Stores of Ohio, Inc., the sole managing member of Family Dollar Stores of Texas, LLC, is a foreign corporation organized and formed under the laws of the Commonwealth of Virginia and its principal place of business is located at 500 Volvo Parkway in the City of Chesapeake, Commonwealth of Virginia. Thus, pursuant to 28 U.S.C. § 1332(c)(1), Family Dollar Stores of Ohio, Inc. is a citizen of the Commonwealth of Virginia.

13. Because Plaintiff is a citizen of the State of Texas and Defendant FAMILY DOLLAR STORES OF TEXAS, LLC is not, complete diversity of citizenship exists pursuant to 28 U. S.C. § 1332.

## VII.
## THE AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED

14. Plaintiff alleges in her Petition that she seeks monetary relief of $250,000 or less.[1]

15. Based on the aforementioned facts, the State Court Action may be removed to this Court by Defendant FAMILY DOLLAR STORES OF TEXAS, LLC, in

---

[1] *See,* Pl. Orig. Pet. at p. 3, ¶12.

accordance with the provisions of 28 U.S.C. § 1441(a) because: (i) this is a civil action pending within the jurisdiction of the United States District Court for the Northern District of Texas; (ii) this action is between citizens of different states; and (III) the amount in controversy as pled by Plaintiff in her Petition, exceeds $75,000, exclusive of interest and costs.

## VIII.
## FILING OF REMOVAL PAPERS

16. Pursuant to 28 U.S.C. §§ 1446(d) FAMILY DOLLAR STORES OF TEXAS, LLC is providing written notice of the filing of this Notice of Removal to all counsel of record and is filing a copy of this Notice with the County Court at Law No. 1, Tarrant County, Texas, in which this action was originally commenced.

## IX.
## CONCLUSION

17. Defendant FAMILY DOLLAR STORES OF TEXAS, LLC hereby removes the above-captioned action from the County Court at Law No. 1, Tarrant County, Texas, and requests that further proceedings be conducted in the United States District Court for the Northern District of Texas – Fort Worth Division, as provided by law.

Respectfully submitted,

**MAYER LLP**
750 North St. Paul Street, Suite 700
Dallas, Texas 75201
214.349.6900 / F: 214.379.6939

By:   */s/ Robin R. Gant*
   Zach T. Mayer
   State Bar No. 24013118
   E-Mail: zmayer@mayerllp.com
   Robin R. Gant
   State Bar No. 24069754
   E-Mail: rgant@mayerllp.com

*Attorneys for Defendant*
*Family Dollar Stores of Texas, LLC*

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on March 8, 2023, the foregoing *Notice of Removal* was electronically filed, as required by the United States District Court for the Northern District of Texas, using the Court's CM/ECF filing system, which will provide notice and a copy of this document, with attachments, to the following, who are indicated to be registered ECF filers in the United States District Court for the Northern District of Texas:

| | |
|---|---|
| Ben Abbott<br>Andrew Vrankovic<br>BEN ABBOTT & ASSOCIATES, PLLC<br>1934 Pendleton Drive<br>Garland, Texas 75041<br><br>*Attorneys for Plaintiff*<br>*Gladis Cerrato Posada* | ☐ E-Mail (eService@benabbott.com)<br>☒ CM/ECF<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight Mail<br>☐ E-Service Only<br>☐ E-Serve and File<br>☐ Regular, First Class Mail<br>☐ Certified Mail/Return Receipt Requested |

   */s/ Robin R. Gant*
      Robin R. Gant